NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

September 1, 2016

**ERRATUM**

———————————

2015-1911

———————————

**IN RE: NATURAL ALTERNATIVES, LLC,**
*Appellant*

Decided: August 31, 2016
Nonprecedential Opinion

———————————

Please make the following changes:

On page 6, lines 15-16, delete "*In re Cuozzo Speed Techs., LLC*, 793 F.3d at 1280." and replace with "*In re Cuozzo Speed Techs., LLC*, 793 F.3d 1268, 1280 (Fed. Cir. 2015)."

On page 6, lines 21-22, delete "(Fed. Cir. 2002)." and replace with "(Fed. Cir. 2013)."

On page 7, lines 28-29, delete "*Kennametal, Inc. v. Ingersol Cutting Tool Co.*" and replace with "*Kennametal, Inc. v. Ingersoll Cutting Tool Co.*"

On page 9, lines 16 and 32-33, delete "problem of which" and replace with "problem with which."

On page 12, lines 5-6, delete *"Tokai Corp. v. Easton Enterprises, Inc."* and replace with *"Tokai Corp. v. Easton Enters."*